# United States District Court
# Western District of North Carolina
# Divisional Office Division

| Ricky A. Thomas, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | 3:15cv-467-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin Acting Commissioner Of Social Security, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 21, 2016 Order.

July 21, 2016

_____
Frank G. Johns, Clerk
United States District Court